417 A.2d 759

Commonwealth v. Vasquez, Appellant.

Submitted September 15, 1978.
Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 759

Commonwealth v. Wilkerson, Appellant.

Argued March 12, 1979. Spero T. Lappas, for appellant; Marion E. MacIntyre, 2nd Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.